1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

209-SW-218 KJM

**FILED**

JUL 1 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A **SECOND** WARRANT AUTHORIZING... [REDACTED] | No.<br><br>SEALING ORDER<br><br>(Fed. R. Crim. P. 41; 18 U.S.C. §3117) |

It is further ORDERED that this warrant and the accompanying affidavit/application submitted in support thereof, as they reveal an ongoing investigation, be sealed until further Order of the Court in order to avoid premature disclosure of the investigation, guard against fugitives, and better ensure the safety of agents, informant, and others, except for the limited disclosure specifically authorized in the warrant issued on July 1, 2009.

Dated: July 1, 2009

_____
U.S. MAGISTRATE JUDGE

1